JOHN M. SORICH (CA Bar No. 125223)
john.sorich@piblaw.com
BRYANT DELGADILLO (CA Bar No. 208361)
bryant.delgadillo@piblaw.com
DAVID M. LIU (CA Bar No. 216311)
david.liu@piblaw.com
PARKER IBRAHIM & BERG LLC
695 Town Center Drive, 16th Floor
Costa Mesa, California 92626
Tel: (714) 361-9550
Fax: (714) 784-4190

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.
and DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE, IN TRUST FOR
REGISTERED HOLDERS OF LONG BEACH
MORTGAGE LOAN TRUST 2006-11
ASSET-BACKED CERTIFICATES, SERIES 2006-11

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY MENDAROS,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; SELECT PORTFOLIO SERVICING, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, SERIES 2006-11; JAMES E. ALBERTELLI, PA DBA ALAW; and DOES 1 through 50, Inclusive,<br><br>Defendants. | **CASE NO.:** _____<br><br>**JUDGE:**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**(DIVERSITY JURISDICTION)**<br><br>[San Francisco County Superior Court, Case No. CGC-16-554196]<br><br><br><br>**ACTION FILED:** September 12, 2016 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 3-15, defendants JPMorgan Chase Bank, N.A. ("Chase") and Deutsche Bank National Trust Company, as trustee, in trust for Registered Holders of Long Beach Mortgage Loan Trust 2006-11 Asset-Backed Certificates, Series 2006-11 ("Deutsche Bank" and collectively "Defendants"), certify that other than the parties of this action, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

**Plaintiff**

Mark Anthony Mendaros, an individual.

**Defendant**

JPMorgan Chase Bank, N.A., a corporation.  Chase is a wholly owned subsidiary of JPMorgan Chase & Co., a publicly traded corporation.  No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

**Defendant**

Select Portfolio Servicing, Inc.

**Defendant**

Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of Long Beach Mortgage Loan Trust 2006-11 Asset-Backed Certificates, Series 2006-11.

/ / /

1 **Defendant**

2 James E. Albertelli, PA, dba ALAW.

3

4 DATE: October 21, 2016          PARKER IBRAHIM & BERG LLC

5

6                                                             BY:   /s/ *David M. Liu*
7                                                                    JOHN M. SORICH
                                                                     BRYANT DELGADILLO
8                                                                    DAVID M. LIU
                                                                     Attorneys for Defendants
9                                                                    JPMORGAN CHASE BANK, N.A. and
                                                                     DEUTSCHE BANK NATIONAL TRUST
10                                                                   COMPANY, AS TRUSTEE, IN TRUST
                                                                     FOR REGISTERED HOLDERS OF
11                                                                   LONG BEACH MORTGAGE LOAN
                                                                     TRUST 2006-11 ASSET-BACKED
12                                                                   CERTIFICATES, SERIES 2006-11