ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**TAMARA LANGE**
ADR PROGRAM ATTORNEY & MEDIATOR

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Contact:
415-522-2059
claudia_forehand@cand.uscourts.gov

October 25, 2016

To:     Counsel of Record

Re:     ADR Phone Conference Scheduling Notice

**Case No. 16-06092 DMR**
**Mendaros v. JPMorgan Chase Bank, National Association**

Dear Counsel:

I have received Judge Ryu's Order of **October 25, 2016** referring this case to an Early Assessment Telephone Conference with an ADR Staff Attorney and I have scheduled the ADR Phone Conference call for **October 31, 2016 at 3:00 PM Pacific time.** At the appointed time, all parties shall call the following number and use the access code to join the call:

**Dial-in Number:**     605-475-4000
**Access Code:**        582145

**Please take note that your referral order may direct you to be prepared to discuss particular aspects of the case during the telephone conference.**

Please contact me with any scheduling concerns at 415-522-2059, or email claudia_forehand@cand.uscourts.gov.  Thank you for your attention to this matter.

Sincerely,

/s/
Claudia Forehand
ADR Program Case Administrator