UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612
_____
www.cand.uscourts.gov

Susan Y. Soong                                                                    GENERAL COURT NUMBER
  CLERK OF COURT                                                                              510-637-3530

October 28, 2016

**Timothy Lee McCandless**
Law Offices of Timothy L. McCandless
4740 Green River Road, Suite 208
Corona, CA 92880

**Bryant Steven Delgadillo**
**John M. Sorich**
**David Ming Liu**
Parker Ibrahim & Berg LLC
695 Town Center Drive, 16th Floor
Costa Mesa, CA 92626

Re:    Mark A Mendaros v. JPMorgan Chase Bank, National Association

Case Number: 4:16-cv-06092-DMR

Dear Counsel:

      At filing, this matter was randomly assigned to United States Magistrate Judge Donna M. Ryu for all purposes including trial. A hearing has been scheduled for December 8, 2016 at 11:00 a.m. Pursuant to 28 U.S.C. section 636, the magistrate judge cannot decide this motion unless all parties consent to proceed before Judge Donna M. Ryu.

      A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case. All parties are requested to complete the attached form documenting either consent or request for reassignment and e-file it with the Court by November 4, 2016. Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. This form can be found on the Court's website at www.cand.uscourts.gov/civilforms.

                                                  Susan Y. Soong
                                                  Clerk, United States District Court

                                                  _____
                                                  Ivy Lerma Garcia, Deputy Clerk to the
                                                  Honorable DONNA M. RYU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A MENDAROS,<br><br>        Plaintiff,<br><br>   v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al.,<br><br>        Defendants. | Case No. 4:16-cv-06092-DMR<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS**: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( ) **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily consent to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

OR

( ) **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I decline to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:                                    NAME:
                                         COUNSEL FOR:
                                         (OR "PRO SE:)


                                         _____
                                         Signature