LAW OFFICES OF TIMOTHY L. MCCANDLESS
Timothy L. McCandless, Esq., SBN 147715
26875 Calle Hermosa, Suite A
Capistrano Beach, California 92624

Telephone: (925) 957-9797 / (949) 388-7779
Facsimile: (925) 957-9799
E-mail: legal@prodefenders.com
legalsync@gmail.com

*Attorneys for Plaintiff(s)*: Mark Anthony Mendaros

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MARK ANTHONY MENDAROS,<br><br>Plaintiff(s),<br><br>VS.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; SELECT PORTFOLIO SERVICING, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, SERIES 2006-11; JAMES E. ALBERTELLI, PA DBA ALAW; and DOES 1 through 50, Inclusive,<br><br>Defendant(s). | Case No.: 4:16-cv-06092-DMR<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE:**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

///

///

Respectfully submitted,

DATED: November 1, 2016            LAW OFFICES OF TIMOTHY L. MCCANDLESS

 /s/ *Timothy . McCandless*
Timothy L. McCandless, Esq.
*Attorney for Plaintiff(s):* Mark Anthony Mendaros

**LAW OFFICES OF TIMOTHY L. MCCANDLESS**
**26875 Calle Hermosa, Suite A**
**Capistrano Beach, California 92624**
**Telephone (925) 957-9797 / (949) 388-7779**
**Facsimile (925) 957-9799**

LAW OFFICES OF TIMOTHY L. MCCANDLESS
26875 Calle Hermosa, Suite A
Capistrano Beach, California 92624
Telephone (925) 957-9797 / (949) 388-7779
Facsimile (925) 957-9799

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA           )
                              ) ss
COUNTY OF CONTRA COSTA        )

I am resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is LAW OFFICES OF TIMOTHY L. MCCANDLESS, 26875 Calle Hermosa, Suite A, Capistrano Beach, California 92624. I have first hand personal knowledge of the facts set forth below and if called upon to testify, I could and would do so competently and truthfully.

I hereby certify that on November 1st, 2016, I electronically filed with the Clerk of the Court the following documents(s):

- **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

☒  (**Using the CM/ECF system**) The CM/EFC system will provide service of such filing(s) via Notice of Electronic Filing (NEF) to the following NEF parties:

| | |
|---|---|
| John M Sorich, Esq.<br>Bryant Delgadillo, Esq.<br>David M. Liu, Esq.<br>PARKER IBRAHIM & BERG LLC<br>695 Town Center Drive, 16th Floor<br>Costa Mesa, California 92626<br>Telephone: (714) 361-9550<br>Fax:          (714) 784-4190<br><br>Email: john.sorich@piblaw.com<br>         bryant.delgadillo@piblaw.com<br>         david.liu@piblaw.com<br><br>*Attorneys for Defendant*,<br>JP Morgan Chase Bank, National Association | Gina L. Albertson, Esq.<br>Namson N. Pham, Esq.<br>ALBERTSON LAW<br>2603 Main Street, Suite 860<br>Irvine, California 92614<br>Telephone: (949) 577-9464<br>Fax:          (949) 577-9460<br><br>Email: galbertson@albertsonlaw.org<br>         npham@albertsonlaw.org<br><br>*Attorneys for Defendants*,<br>Select Portfolio Servicing, Inc. and Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of Long Beach Mortgage Loan Trust 2006-11 Asset-Backed Certificates, Series 2006-11 |

☒  (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Capistrano Beach, California.

///
///

Julie Corriveau, Esq.
McCARTHY & HOLTHUS, LLP
1770 Fourth Avenue
San Diego, California 92101
Telephone: (877) 369-6122
Fax:        (619) 685-4811

Email: jcorriveau@ mccarthyholthus.com

*Attorneys for Defendant*,
James E. Albertelli, PA dba ALAW

☒ (State)      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal)    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 1st, 2016, at Corona, Riverside County, California.

/s/ *Madalyn Navarro* _____
Madalyn Navarro

**LAW OFFICES OF TIMOTHY L. MCCANDLESS**
**26875 Calle Hermosa, Suite A**
**Capistrano Beach, California 92624**
**Telephone (925) 957-9797 / (949) 388-7779**
**Facsimile (925) 957-9799**