AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN **District of** CALIFORNIA

MARK A. MENDAROS

        Plaintiff (s),

V.

JP MORGAN CHASE BANK, N.A., et al.

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 16-CV-06092-DMR

Notice is hereby given that, subject to approval by the court, Detusche Bank National Trust Company, as Trustee substitutes
(Party (s) Name)

Gina L. Albertson of ALBERTSON LAW, State Bar No. 216960 as counsel of record in
(Name of New Attorney)

place of   John M. Sorich, Bryant Delgadillo, and David M. Liu of PARKER IBRAHIM & BERG LLC .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | ALBERTSON LAW |
| Address: | 2603 Main Street, Suite 860, Irvine, California 92614 |
| Telephone: | (949) 577-9464    Facsimile (949) 577-9460 |
| E-Mail (Optional): | galbertson@albertsonlaw.org |

I consent to the above substitution.

Date:   10/31/2016

Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of Long Beach Mortgage Loan Trust 2006-11 Asset-Backed Certificates, Series 2006-11 by its Servicer and Attorney in Fact, Select Portfolio Servicing, Inc.
By: _____
(Signature of Party (s))

I consent to being substituted.

Date:   10/31/2016

/s/ John M. Sorich
/s/ Bryant Degadillo
/s/ David M. Liu
(Signature of Former Attorney (s))
Consent to file granted by Former Counsel.

I consent to the above substitution.

Date:   10/31/2016

/s/ Gina L. Albertson
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   11/15/2016

_____
Haywood S. Gill Jr.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# **PROOF OF SERVICE**

STATE OF CALIFORNIA          )
COUNTY OF ORANGE            )

I am a resident of or employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action. My business address is 2603 Main Street, Suite 860, Irvine, California 92614.

On **November 10, 2016**, I served the foregoing document described as **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** on all parties listed on the attached Service List:

(  ) **BY MAIL** by placing a true copy thereof in a sealed envelope addressed as stated on the attached Service List as follows:

(  ) **STATE** – I am "readily familiar" with Albertson Law's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing affidavit.

(  ) **FEDERAL** – I deposited such envelope in the United States Postal Service at Irvine, California, with postage thereon fully prepaid.

( X ) **BY ELECTRONIC MAIL** as follows: I caused a copy of such documents to be electronically served by email to **Plaintiff Mark A. Mendaros and Defendant JP Morgan Chase Bank, N.A.** as listed on the attached Service List.

(  ) **BY EXPRESS MAIL** as follows: I caused such envelope to be deposited in the United States Postal Service at Irvine, California. The envelope was mailed with Express Mail postage thereon fully prepaid.

(  ) **BY CERTIFIED MAIL** as follows: I am "readily familiar" with Albertson Law's practice of collection and processing correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing, by Certified United States Mail, Return Receipt requested, on the above date according to Albertson Law's ordinary business practice.

(  ) **BY PERSONAL SERVICE** as follows: I caused a copy of such documents to be delivered by hand to the offices of the addressee(s) between the hours of 9:00 a.m. and 5:00 p.m.

(  ) **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee(s). The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

(  ) **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee(s) listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2.302 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2.304(d), a transmission record of the transmission was printed.

(  ) **STATE** – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( X ) **FEDERAL** – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 10, 2016** in Irvine, California.

s/ Namson Pham
**Namson N. Pham**

**SERVICE LIST**

**Mark A. Mendaros v. J.P. Morgan Chase, N.A., et al.**
Case No. 16-CV-06092-DMR
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Timothy L. McCandless, Esq.<br>26875 Calle Hermosa, Suite A<br>Capistrano Beach, California 92624<br><br>Telephone: (925) 957-9797/ (949) 388-7779<br>Facsimile: (925) 957-9799<br>Email: Legal@prodefenders.com<br>Legalsync@gmail.com<br><br>Attorneys for Plaintiff,<br>Mark A Mendaros | John M Sorich<br>Bryant Delgadillo<br>David M. Liu<br>PARKER IBRAHIM & BERG LLC<br>695 Town Center Drive, 16th Floor<br>Costa Mesa, California 92626<br><br>Telephone: (714) 361-9550<br>Fax: (714) 784-4190<br>Email: john.sorich@piblaw.com<br>bryant.delgadillo@piblaw.com<br>david.liu@piblaw.com<br><br>Attorneys for Defendant,<br>JP Morgan Chase Bank, National Association |
|---|---|

Service List