1  LAW OFFICES OF TIMOTHY L. MCCANDLESS
   Timothy L. McCandless, Esq., SBN 147715
2  26875 Calle Hermosa, Suite A
   Capistrano Beach, California 92624
3
   Telephone:     (925) 957-9797 / (949) 388-7779
4  Facsimile:     (925) 957-9799
   E-mail:        legal@prodefenders.com
5                 legalsync@gmail.com

6  *Attorneys for Plaintiff(s)*: Mark Anthony Mendaros

7

8                 **UNITED STATES BANKRUPTCY COURT**

9          **NORTHER DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

10

| | |
|---|---|
| MARK ANTHONY MENDAROS, | Case No.: 3:16-cv-06092-HSG |
| Plaintiff(s), | **PLAINTIFF'S COUNSEL TIMOTHY L. MCCANDLESS REQUEST TO APPEAR TELEPHONICALLY AT DEFENDANTS JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SELECT PORTFOLIO SERVICING, INC., AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, SERIES 2006-11'S MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) & 12(b)(1)** |
| VS. | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; SELECT PORTFOLIO SERVICING, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, SERIES 2006-11; JAMES E. ALBERTELLI, PA DBA ALAW; and DOES 1 through 50, Inclusive, | |
| Defendant(s). | Hearing's:<br>Date :           December 29, 2016<br>Time :           02:00 p.m.<br>Courtroom :      10, 19th Floor<br>Judge:           Hon. Haywood S Gilliam, Jr<br>Location:        450 Golden Gate Avenue<br>                 San Francisco, California 94102<br><br>Complaint Filed:           September 12, 2016<br>Removed to Federal Court: October 12, 2016<br>Trial Date:                Not Assigned |

LAW OFFICES OF TIMOTHY L. MCCANDLESS
226875 Calle Hermosa, Suite A
Capistrano Beach, California 92624
Telephone (925) 957-9797 / (949) 388-7779
Facsimile (925) 957-9799

Counsel for Plaintiff MARK ANTHONY MENDAROS respectfully requests that the Court allow the telephonic appearance of counsel at the hearing for the Motion to Dismiss Complaint by Defendants JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SELECT PORTFOLIO SERVICING, INC., and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, SERIES 2006-11, set for December 29, 2016 at 2:00 p.m. in Courtroom 10 of the above entitled Court for the following reasons:

1. Plaintiff's counsel is scheduled to appear for trial in Unlawful Detainer case in the Superior Court of California, County of Los Angeles - Pasadena Courthouse at 8:30 a.m. on December 29, 2016;

2. It would be unduly burdensome and costly for Plaintiff's counsel to travel from Los Angeles, California to San Francisco, California for the Hearing;

3. The telephonic appearance of Plaintiff's counsel will not prejudice any party and will not hamper the efficient running of the Hearing;

4. Therefore, Plaintiff respectfully requests leave to allow its counsel to appear at the Hearing via telephone.

Respectfully submitted,

DATED: December 15, 2016     LAW OFFICES OF TIMOTHY L. MCCANDLESS

/s/ *Timothy L. McCandless*
Timothy L. McCandless, Esq.
*Attorney for Plaintiff(s)*: Mark Anthony Mendaros

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA            )
                               ) ss
COUNTY OF CONTRA COSTA         )

I am resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is LAW OFFICES OF TIMOTHY L. MCCANDLESS, 26875 Calle Hermosa, Suite A, Capistrano Beach, California 92624. I have first hand personal knowledge of the facts set forth below and if called upon to testify, I could and would do so competently and truthfully.

I hereby certify that on November 22nd, 2016, I electronically filed with the Clerk of the Court the following documents(s):

- **PLAINTIFF'S COUNSEL TIMOTHY L. MCCANDLESS REQUEST TO APPEAR TELEPHONICALLY AT DEFENDANTS JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SELECT PORTFOLIO SERVICING, INC., AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, SERIES 2006-11'S MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) & 12(b)(1)**

☒  (**Using the CM/ECF system**) The CM/EFC system will provide service of such filing(s) via Notice of Electronic Filing (NEF) to the following NEF parties:

| | |
|---|---|
| John M Sorich, Esq.<br>Bryant Delgadillo, Esq.<br>David M. Liu, Esq.<br>PARKER IBRAHIM & BERG LLC<br>695 Town Center Drive, 16th Floor<br>Costa Mesa, California 92626<br>Telephone: (714) 361-9550<br>Fax:           (714) 784-4190<br><br>Email: john.sorich@piblaw.com<br>           bryant.delgadillo@piblaw.com<br>           david.liu@piblaw.com<br><br>*Attorneys for Defendant*,<br>JP Morgan Chase Bank, National Association | Gina L. Albertson, Esq.<br>Namson N. Pham, Esq.<br>ALBERTSON LAW<br>2603 Main Street, Suite 860<br>Irvine, California 92614<br>Telephone: (949) 577-9464<br>Fax:           (949) 577-9460<br><br>Email: galbertson@albertsonlaw.org<br>           npham@albertsonlaw.org<br><br>*Attorneys for Defendants*,<br>Select Portfolio Servicing, Inc. and Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of Long Beach Mortgage Loan Trust 2006-11 Asset-Backed Certificates, Series 2006-11 |

<div style="font-style: italic;">LAW OFFICES OF TIMOTHY L. MCCANDLESS<br>
226875 Calle Hermosa, Suite A<br>
Capistrano Beach, California 92624<br>
Telephone (925) 957-9797 / (949) 388-7779<br>
Facsimile (925) 957-9799</div>

Julie Corriveau, Esq.
McCARTHY & HOLTHUS, LLP
1770 Fourth Avenue
San Diego, California 92101
Telephone: (619) 685-4800
Fax:             (619) 685-4811

Email: jcorriveau@ mccarthyholthus.com

*Attorneys for Defendant*,
James E. Albertelli, PA dba ALAW

☒ (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 15th, 2016, at Capistrano Beach, Orange County, California.

/s/ *Madalyn Navarro* _____
Madalyn Navarro