JOHN M. SORICH (CA Bar No. 125223)
john.sorich@piblaw.com
BRYANT DELGADILLO (CA Bar No. 208361)
bryant.delgadillo@piblaw.com
DAVID M. LIU (CA Bar No. 216311)
david.liu@piblaw.com
PARKER IBRAHIM & BERG LLC
695 Town Center Drive, 16th Floor
Costa Mesa, California 92626
Tel:  (714) 361-9550
Fax: (714) 784-4190

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| MARK ANTHONY MENDAROS,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; SELECT PORTFOLIO SERVICING, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-11 ASSET-BACKED CERTIFICATES, SERIES 2006-11; JAMES E. ALBERTELLI, PA DBA ALAW; and DOES 1 through 50, Inclusive,<br><br>Defendants. | **CASE NO.: 16-cv-06092-HSG**<br><br>**JUDGE:  The Hon. Haywood S. Gilliam, Jr.**<br><br>**ORDER ON MOTION TO APPEAR TELEPHONICALLY AT HEARING RE: MOTION BY DEFENDANT JPMORGAN CHASE BANK, N.A. TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(b)(6)**<br><br>**DATE:   December 29, 2016**<br>**TIME:    2:00 p.m.**<br>**CTRM: 10, 19th Floor**<br><br>**ACTION FILED:** September 12, 2016<br>**REMOVED:**  October 21, 2016 |

/ / /

1  The Court, having reviewed the motion to appear telephonically at the hearing regarding
2  Defendant JPMorgan Chase Bank, N.A.'s ("Chase" or "Defendant") Motion to Dismiss the
3  Complaint of plaintiff Mark Anthony Mendaros ("Hearing"), and good cause appearing therefore,
4  hereby orders as follows:

**IT IS HEREBY ORDERED** that Defendant may appear telephonically at the Hearing regarding its Motion to Dismiss the Complaint, currently set to be heard on December 29, 2016, at 2:00 p.m. in Courtroom "10" of the above-entitled Court, by and through its counsel Parker Ibrahim & Berg LLC, (714) 361-9550.

**DENIED**
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

Dated: 12/15/2016                                                                                   
                                                                    UNITED STATES DISTRICT COURT JUDGE