UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A MENDAROS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-06092-HSG<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On May 31, 2017, the Court granted Defendants' motions to dismiss and gave Plaintiff leave to file an amended complaint by June 30, 2017. Dkt. No. 47. Plaintiff did not file an amended complaint by the deadline. On July 5, 2017, the Court issued an order to show cause why the case should not be dismissed. Plaintiff failed to respond by the July 12, 2017, deadline. As of the date of this order, Plaintiff still has not filed any response. Accordingly, the Court DISMISSES the case WITH PREJUDICE for failure to prosecute and failure to comply with the Court's orders. *See* Fed. R. Civ. P. 41(b). Judgment shall be entered in Defendants' favor and against Plaintiff. The Clerk is directed to enter judgment and close the case.

**IT IS SO ORDERED.**

Dated: 8/3/2017

　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge